Order issued October 19, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-01718-CV

### WOODHAVEN PARTNERS, LTD., ET AL., Appellants

### V.

### SHAMOUN & NORMAN, LLP F/K/A SHAMOUN KLATSKY NORMAN, Appellee

## ORDER

We **GRANT** appellants' October 16, 2012 unopposed motion for leave to supplement its reply brief with an omitted exhibit. We **ORDER** appellants' exhibit supplement to their reply brief tendered to this Court on October 16, 2012 filed as of the date of this order.

CAROLYN WRIGHT
CHIEF JUSTICE